UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GILBERT COMEAUX,

    Plaintiff,

    v.

ICICLE SEAFOODS INC.,

    Defendant.

Case No. C07-0377RSL

ORDER STRIKING NOTICE OF WITHDRAWAL

On December 17, 2007, plaintiff's counsel filed a Notice of Withdrawal and Substitution of Counsel. (Dkt. #13). However, according to General Rule 2(g)(4)(A), "No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court." An order of substitution is not required if there is simply a change or addition of attorneys within the same law firm. In this case, however, counsel is seeking to withdraw and substitute an attorney from a different firm.

Accordingly, the notice of withdrawal is STRICKEN. Counsel will not be permitted to withdraw until he complies with General Rule 2(g)(4)(A), including filing a

ORDER STRIKING
NOTICE OF WITHDRAWAL - 1

1 | certification that the motion was served on the client.

2

3 |     DATED this 18th day of December, 2007.

4

5

6 | *[signature]*

7 | Robert S. Lasnik
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 | ORDER STRIKING
NOTICE OF WITHDRAWAL - 2